862 F.2d 314
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Olayinka SOBAMOWO, Plaintiff--Appellant,
v.
William V. O'CONNOR, Special Agent, Federal Bureau of
Investigation, Michael F. Heildenberg, Police Detective at
the Washington, D.C. Metropolitan Police Department, Five
Unknown Federal Bureau of Investigation and Drug Enforcement
Administration Agents, One Unknown Officer, Of the Prince
George's County Police Department in Maryland, John
Mulvaney, Jr., Special Agent at the Federal Bureau of
Investigation, Two Unknown Officers, United States Marshal
at Washington, D.C., William O'Malley, Jr., United States
Attorney, United States District Court, Washington, D.C.,
Defendants--Appellees.
 No. 88-7678.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 31, 1988.
Decided Oct. 27, 1988.
 
 Olayinka Sobamowo, appellant pro se.
 Roann Nichols, Office of U.S. Attorney, for appellees.
 Before DONALD RUSSELL and WILKINSON, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Olayinka Sobamowo, a federal prisoner, appeals the district court's denial of his motion for appointment of counsel to assist him in prosecuting his civil rights action. The denial of a motion for appointment of counsel is not appealable prior to the entry of final judgment. Miller v. Simmons, 814 F.2d 962, 967 (4th Cir.), 56 U.S.L.W. 3267 (U.S. Oct. 13, 1987) (Nos. 86-6884, 86-7132). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the dispositive issue has recently been authoritatively decided.
 
 
 2
 DISMISSED.